■ In the Matter of LEOPOLD SEYFFERT, Deceased. RAMONA CREHAN, Appellant; EDWARD P. F. EAGAN, as Executor, Respondent.— Motion for an extension of time granted insofar as to extend the time for appellant to serve and file the record on appeal and appellant's points to and including March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondent may enter an order dismissing the appeal without notice to the appellant. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. HORACE SWEET. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM WATERSON, Alias E. WILLIAM JANDA. (C) THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD ROSENFELD, PHILIP J. BUCKLES and JAMES KELLY.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ In the Matter of the ATTORNEY-GENERAL OF THE STATE OF NEW YORK. American Research Council, Inc., NICHOLAS DARVAS et al.— Motion for an extension of time and for an adjournment granted insofar as to extend the petitioners-respondents' time to file their brief to March 8, 1961, and to adjourn the argument of the appeal to March 14, 1961. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ H. M. HUGHES CO., INC., v. SAPPHIRE REALTY CO., INC., et al.— Motion for a stay granted on condition that the appellants post an additional bond in the sum of $22,000 and on the further condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ BARBARA S. ROOSEVELT v. PHILIP J. ROOSEVELT.— Motion for a stay granted only insofar as to stay that portion of the judgment appealed from as awards additional counsel fees of $10,000 on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.